ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Gary N. JOHNSON, Petitioner,

v.

DEPARTMENT OF THE AIR FORCE, Respondent.

No. 04–3277.

United States Court of Appeals, Federal Circuit.

June 15, 2004.

Michael N. O'Connell, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Gary N. Johnson, of Counsel, West Sacramento, CA, pro se.

ORDER

Order Vacated, See 104 Fed.Appx. 187.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

Betty Ann NEWBY, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5014.

United States Court of Appeals, Federal Circuit.

June 16, 2004.

Betty Ann Newby, of Counsel, Borger, TX, pro se.

J. Reid Prouty, Principal Attorney, James M. Meister, Robert E. Kirschman, Jr., David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellee.

ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.